**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

DEBBIE MCCOWN as Attorney in Fact for
SAMMIE MCCOWN,

     Plaintiff,

vs.

     Case No. CIV-16-867

ALLSTATE INSURANCE COMPANY,

     Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Debbie McCown, as Attorney in Fact for Sammie McCown, by and through her attorney of record, Rex Travis, of the Rex Travis Law Office, joining with Defendant, Allstate Insurance Company, by and through its attorney of record, David B. Donchin and Thomas R. Kendrick, of the firm Durbin, Larimore & Bialick, and stipulate and agree that the above-captioned matter be dismissed with prejudice against the filing of a future action thereon, for the reason that the parties have entered into a compromise settlement. The parties therefore submit that this matter is concluded, pursuant to Rule 41(a)(1)(A)(ii), and respectfully request this Court to enter an administrative closing order as necessary.

s/ *Rex Travis*
Rex Travis, OBA# 9081
Paul Kouri, OBA# 20751
Justin C. Cliburn, OBA# 32223
Jacob Masters, OBA# 32456
P.O. Box 1336
Oklahoma City, OK 73101
Telephone: 405-236-5400
Facsimile: 405-236-5499
info@trafislawoffice.com
Attorneys for Plaintiff
Attorneys for the Plaintiff
*(Signed by Filing Attorney with permission of Plaintiff Attorney)*

s/ *Thomas R. Kendrick*
David B. Donchin, OBA #10783
Thomas R. Kendrick, OBA #17760
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone: (405) 235-9584
Facsimile: (405) 235-0551
dlb@dlb.net
Attorneys for Defendant, Allstate
Insurance Company

#17504175v1<OKC> -DWP&RAC 120.1916